IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL F. JOHNINSON, SR.
ADC #069872                                                                                          PLAINTIFF

v.                                                  4:06CV01636HLJ

MARK CULBERSON, et al.                                                                   DEFENDANTS

ORDER

By Order dated December 4, 2008, this Court granted plaintiff's motion for leave to file a supplemental complaint (DE #144). However, the Court inadvertently failed to acknowledge in the Order the addition of defendant John Whaley. Accordingly,

IT IS, THEREFORE ORDERED that service is appropriate for defendant John Whaley. The Clerk is directed to prepare summons for defendant Whaley, and the United States Marshal is directed to serve a copy of the original and amended complaints (DE ##2, 140) and summons on defendant in care of the Arkansas Board of Correction and Community Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 6th day of January, 2009.

_____
United States Magistrate Judge