IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL F. JOHNINSON, SR.
ADC #069872                                                              PLAINTIFF

v.                              4:06CV01636GTE/JTK

MARK CULBERSON, et al.                                                   DEFENDANTS

## ORDER

Plaintiff's Court-appointed counsel, attorney Ralph Myers, III, shall file a response to plaintiff's pro se motion to dismiss appointed counsel (Doc. No. 193) within ten days of the date of this Order.

IT IS SO ORDERED this 5th day of May, 2010.

_____
UNITED STATES MAGISTRATE JUDGE